**NOTE CHANGES MADE BY THE COURT**
**JS-6**

**UNITED STATES DISTRIST COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ian DiFalco et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Spigen, Inc., et al.,<br><br>Defendants. | Case No. 8:26-cv-00717-MCS-DFM<br><br>**ORDER ON STIPULATION TO STAY PLEADING AND DISCOVERY DEADLINES PENDING MEDIATION (ECF No. 26)**<br><br>Judge Mark C. Scarsi<br>Magistrate Judge Douglas F. McCormick |

//

//

This matter having come before the Court upon the Parties Stipulation to Stay Pleading and Discovery Deadlines Pending Mediation, and good cause therefor having been shown, the Court rules as follows:

All pleading and discovery deadlines, including Defendant's deadline to answer or otherwise plead to the Complaint, are stayed pending the outcome of the mediation on August 18, 2026.

**The parties shall file either a joint status report regarding the outcome of mediation or a notice of settlement by August 19, 2026. The Court resets Defendant's deadline to respond to the Complaint to August 24, 2026. For case administration purposes only, the Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court.**

IT IS SO ORDERED.

DATED: June 5, 2026

By: ______________________________

Mark C. Scarsi
United States District Judge